508 A.2d 1185

James R. COLOSIMO, Individually and t/d/b/a Kinzua Korners and Safari Lounge, Respondent,

v.

PENNSYLVANIA ELECTRIC COMPANY, Petitioner,

v.

Lamont E. EDEL and Frank Cardamone, Respondents.

Lamont E. EDEL and Saundra Ray Edel, Respondents,

v.

PENNSYLVANIA ELECTRIC COMPANY, Petitioner,

v.

Lamont E. EDEL, James R. Colosimo and Frank Cardamone, Respondents.

Supreme Court of Pennsylvania.

April 11, 1986.

Petition for Allowance of Appeal GRANTED, Nos. 27, 28 W.D. Appeal Docket 1986.